Appendix A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
_____ DIVISION

Joy Bell Jackson

§
§
§
§
§
§
§

4:19-cv-4136

CIVIL ACTION NO. _____

4:19-mc-3072

versus

Kim Wilhelm

_____

## EMPLOYMENT DISCRIMINATION COMPLAINT

1.      This action is brought under Title VII of the Civil Rights Act of 1964 for employment

discrimination. Jurisdiction is conferred by Title 42 United States Code, Section § 2000e-5.

2.      The Plaintiff is:      Joy Bell Jackson

        Address:      6820 West fuqua Drive

        Missouri City, Tx. 77489

        County of Residence:      fort bend

3.      The defendant is:      Kim Wilhelm (final Expense Direct)

        Address:      6201 Bonhomme Rd #110

        Houston, Tx. 77036

☐      Check here if there are additional defendants. List them on a separate sheet of paper with

        their complete addresses.

4.      The plaintiff has attached to this complaint a copy of the charges filed on __7/12/201 9__

with the Equal Opportunity Commission.

5.      On the date of _____, the plaintiff received a Notice of Right to Sue

letter issued by the Equal Employment Opportunity Commission; a copy is attached.

6.    Because of the plaintiff's:

(a)    ☑    race

(b)    ☐    color

(c)    ☑    sex

(d)    ☐    religion

(e)    ☐    national orgin,

the defendant has:

(a)    ☐    failed to employ the plaintiff

(b)    ☑    terminated the plaintiff's employment

(c)    ☐    failed to promote the plaintiff

(d)    ☐    other:    _____

_____

_____

7.    When and how the defendant has discriminated against the plaintiff:

1/10/2019 During a training, Mr. Wilhelm approache me from behind and open hand hit me across my left back, neck violently, scaring and frightening me - I was the only female amongg me. He would not have attack any male; knowing that I have an auto Immune disorder, I was defenselss

8.    The plaintiff requests that the defendant be ordered:

(a)    ☐    to stop discriminating against the plaintiff

(b)    ☐    to employ the plaintiff

(c)    ☐    to re-employ the plaintiff

(d)    ☐    to promote the plaintiff

(e)  ☑  to  _Repay my lost wages; Pain + suffering;_
_mental anguish; Personal Injury_

_____ and that;

(f)  ☑  the Court grant other relief, including injunctions, damages, costs and

attorney's fees.

_____
(Signature of Plaintiff)

Address:  _6820 West Lufia Drive_
_Missouri City, Tx 77489_

Telephone:  _281-910-5358_

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA  ☒ EEOC | 460-2019-03632 |

| Texas Workforce Commission Civil Rights Division | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone | Year of Birth |
|---|---|---|
| Ms. Joy Jackson | (281) 910-5358 | 1962 |

| Street Address | City, State and ZIP Code |
|---|---|
| 6820 West Fuqua Drive, MISSOURI CITY, TX 77489 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| FINAL EXPENSE DIRECT | 15 - 100 | (800) 836-3635 |

| Street Address | City, State and ZIP Code |
|---|---|
| 6201 Bonhomme Rd #110, HOUSTON, TX 77036 | |

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☒ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest **01-10-2019**    Latest **01-18-2019**

☐ CONTINUING ACTION

THE PARTICULARS ARE (*If additional paper is needed, attach extra sheet(s)*):

I was employed as an Insurance Agent until I was discharged from my job on January 18, 2019. On January 10, 2019 I attended a meeting with seven white males. I was taking notes on my telephone when CEO Mr. Kim Wilhelm (white male) slapped me so hard, saying, 'if you don't put that phone away, I will fire you!'. The physical assault was extremely painful. I told Mr. Wilhelm that I was talking notes. I asked him, 'why are you hurting me?'. Mr. Wilhelm didn't hit anyone else; I was the only one he attacked. The meeting ended. Manager Jeff (Black male) and VP Mr. Brian (white male) were made aware of the physical assault, but did nothing to remedy it. Brian wanted me to sit and talk to the man who assaulted me. I told him that I didn't feel comfortable. I went to the hospital and was diagnosed with my disability.

I called to work, reporting that I needed time off. Mr. Wilhelm did answer the phone. He was aware of my situation. On January 18, 2019, I went to work to pick up my pay stub. I had to ask over and over. Finally, Brian told me I was discharged for not calling into work. I told him that I did make the calls. He told me, 'get out!'

I believe that I was discriminated against, because of my race (Black), sex (female), retaliated against, in violation of Title VII of the Civil Rights Act of 1964 as amended, and because of my disability, in violation of the Americans with Disabilities Act of 1990.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| **Digitally signed by Joy Jackson on 07-12-2019 12:41 PM EDT** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*) |

EEOC Form 161 (11/16)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

To: **Ms. Joy Jackson**
**6820 West Fuqua Drive**
**Missouri City, TX. 77489**

From: **Houston District Office**
**Mickey Leland Building**
**1919 Smith Street, 7th Floor**
**Houston, TX 77002**

☐ On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 460-2019-03632 | **Ronnette Ramirez,**<br>**Investigator** | **(713) 651-4958** |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITH N 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_____          7/23/19

**Rayford O. Irvin,**
**District Director**
(Date Mailed)

Enclosures(s)

cc: **Ms. Ellen Jo Wilhelm, CEO**
**Final Expense Direct**
**6201 Bonhomme Rd #110**
**Houston, TX. 77036**

**Mr. Lowell Keig, Exec. Dir.**
**TWC Civil Rights Div.**
**101 East 15th Street Room 144-T**
**Austin, TX. 78778**